Ferenc K. CSABAI, Plaintiff–Appellant,

v.

MARTEK BIOSCIENCES CORPORATION; Henry Linsert, Jr.; Richard J. Radmer; Thomas C. Fisher; Jerome C. Keller; Peter L. Buzy; George P.

Barker; Jules Blake; Ann L. Johnson; Douglas J. MacMaster; John H. Mahar; Sandra Panem; Eugene H. Rotherg; William D. Smart; James Flatt; Robert J. Flanagan, Defendants–Appellees.

No. 10–1110.

United States Court of Appeals, Fourth Circuit.

Submitted: June 17, 2010.

Decided: June 24, 2010.

Ferenc K. Csabai, Appellant Pro Se. Mark D. Gately, Scott R. Haiber, Andrea William Trento, Hogan Lovells US LLP, Baltimore, Maryland, for Appellees.

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ferenc K. Csabai appeals the district court's order granting summary judgment to Defendants. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Csabai v. Martek Biosciences Corp.*, No. 1:09–cv–02280–CCB, 2009 WL 5206477 (D.Md. Dec. 23, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*